Camille R. Nicodemus, Esq. (IN #24528-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  (317)363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Patrick D. Brown, Esq. (ISB #4413)
Patrick D. Brown, P.C.
335 Blue Lakes Boulevard, North
Twin Falls, ID  83301
Telephone:  208-733-5004
E-Mail:  pat@pblaw.com

*Local Counsel for Defendant Trans Union, LLC*


# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO (BOISE – SOUTHERN)

| | |
|---|---|
| JOSE A. MORENO,<br>  Plaintiff,<br><br>  vs.<br><br>TRAN UNION, LLC,<br>  Defendant. | ) CASE NO. 1:13-cv-00033-BLW<br>)<br>) Judge B. Lynn Winmill<br>)<br>) **STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE BETWEEN**<br>) **PLAINTIFF AND DEFENDANT**<br>) |

Plaintiff Jose A. Moreno, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,


STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT – 1:13-cv-00033-BLW

1

2    Date:  February 5, 2014                    /s/ Sylvia A. Goldsmith (w/consent)
                                               Sylvia A. Goldsmith, Esq.
3                                              Geoffrey B. McCarrell, Esq.
                                               Law Office Of Sylvia A. Goldsmith
4                                              Milano Law Building
                                               2639 Wooster Road
5                                              Rocky River, OH  44116
                                               Telephone: 440-934-3025
6                                              Fax: 440-934-3026
                                               E-Mail:
7                                              sgoldsmith@goldsmithlawoffice.com
                                               gmccarrell@goldsmithlawoffice.com
8

9                                              Ryan T. Earl, Esq.
                                               Earl & Earl, PLLC
10                                             212 10th Avenue South
                                               Nampa, ID  83651
11                                             Telephone:   208-890-0355
                                               Fax:   208-461-9560
12                                             E-Mail:  ryantearlattorneyatlaw@yahoo.com
13
                                               Counsel for Jose A. Moreno
14

15

16

17

18

19

20

21

22

23

24

25

26

27
     STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND
28   DEFENDANT – 1:13-cv-00033-BLW

1

2

3

4

Respectfully submitted,

5

Date:  February 5, 2014

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (IN #24528-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  (317)363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Lead Counsel for Defendant Trans Union,*
*LLC*

Patrick D. Brown, Esq. (ISB #4413)
Patrick D. Brown, P.C.
335 Blue Lakes Boulevard North
Twin Falls, ID  83301
Telephone:  208-733-5004
E-Mail:  pat@pblaw.com

*Counsel for Defendant Trans Union, LLC*

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND
DEFENDANT – 1:13-cv-00033-BLW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **5th day of February, 2014**, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Ryan T. Earl, Esq.<br>ryantearlattorneyatlaw@yahoo.com | Geoff B. McCarrell, Esq.<br>gmccarrell@sgoldsmithlawoffice.com |
| Sylvia A. Goldsmith, Esq.<br>Sgoldsmith@sgoldsmithlawoffice.com | |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid, addressed as follows:

| | |
|---|---|
| None. | |

Via certified mail, return receipt requested, addressed as follows:

| | |
|---|---|
| None. | |

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq. (IN #24528-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  (317)363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT – 1:13-cv-00033-BLW